Patrick J. Geile
Bar No. 6975
**FOLEY FREEMAN, PLLC**
953 S. Industry Way
P.O. Box 10
Meridian, ID 83680
Phone: (208) 888-9111
FAX: (208) 888-5130
pgeile@foleyfreeman.com

Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 18-00702-TLM |
| **KOREY JENI MOELLER,** | Chapter 13 |
| Debtor. | |

### NOTICE OF MOTION TO MODIFY PLAN
### AND OPPORTUNITY TO OBJECT AND FOR A HEARING

<u>No Objection</u>.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is not opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>.  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

COMES NOW, the Debtor, Korey Jeni Moeller, by and through her counsel of record,

Patrick J. Geile of Foley Freeman, PLLC, and pursuant to 11 U.S.C. §§ 1329(a)(1) and hereby

moves this court to modify the Chapter 13 Plan (Docket No.31, "Plan") as follows:

1.      The basis for this Motion is that the Debtor was in a car accident and is now on approximately 60% of her income on part time disability. At this point she still wishes to pursue her bankruptcy but needs a modification of 6 months and a reduction of a monthly payment from $1,500.00 to $200.00, for a period of 6 months, with the balance to be paid during the last 12 months of the plan. In order to be able to maintain minimal living expenses in her home.

2.      Debtor's insurance paid approximately $10,000.00 towards her totaled vehicle. The Trustee has forwarded $7,000 to the Debtor but has not forwarded the remaining amounts even though the plan calls for the property to vest to the debtor (See section 7.1)

3.      Attached hereto as **Exhibit A** are the two most recent paystubs showing Debtor's gross income at less than $2,000 per month.

4.      At the date of filing her gross income was $6,200 per month.

5.      The Debtor amended her schedules to add the potential Personal Injury Claim to her schedules and exempted the same.  In the event that case settles, those funds will be used to pay the balance owing.

6.      It is the intent at this point that the law firm Foley Freeman, PLLC will pursue the Personal Injury litigation.

7.      For the aforementioned reasons the Debtor respectfully requests this court enter an order modifying the plan to reduce payments to 200.00 per month for a period of 6 months, with the balance of $7,800.00, to be paid in 12 monthly installments of an addition 650.00 for the last 12 months of the plan.

**NOTICE OF MOTION TO MODIFY PLAN AND OPPORTUNITY TO OBJECT AND FOR A HEARING - 2**

DATED this 30th day of July, 2019

FOLEY FREEMAN, PLLC


/s/ Patrick J. Geile
Patrick J. Geile
Attorneys for Debtor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of July, 2019, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

| | | |
|---|---|---|
| Office of the U.S. Trustee<br>Washington Group Central Plaza<br>720 Park Blvd., Ste. 220<br>Boise, ID 83712 | _X_ | CM/ECF Notice |
| Kathleen A. McCallister<br>Chapter 13 Trustee<br>PO Box 1150<br>Meridian, ID 83680 | _X_ | CM/ECF Notice |
| Laura Burri<br>Morrow & Fischer, PLLC<br>332 N. Broadmore Way, Ste. 102<br>Nampa, ID  83687 | _X_ | CM/ECF Notice |
| Mark S. Middlemas<br>Brigham J. Lundberg<br>LUNDBERG & ASSOCIATES, PC<br>3269 South Main Street, Suite 100<br>Salt Lake City, UT 84115 | _X_<br>_X_ | CM/ECF Notice<br>U.S. Mail |

/s/ Patrick J. Geile
Patrick J. Geile

Payslip: Korey Moeller - 07/29/2019 (Regular) - Complete

04:45 PM
07/19/2019
Page 1 of 3

## PLEXUS ®

*The Product Realization Company*

### Company Information

| Name | Address | Phone |
|------|---------|-------|
| Plexus Corp. | One Plexus Way<br>P.O. Box 156<br>Neenah, WI 54957-0156<br>United States of America | +1 920-969-6000 |

### Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|-------------|------------------|----------------|------------|--------------|
| Korey Moeller | | 06/16/2019 | 06/29/2019 | 07/03/2019 | |

### Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|----------------|-----------|--------------------|----------------|---------------------|---------|
| Current | 937.09 | 182.94 | 73.67 | 680.48 | 0.00 |
| YTD | 35,470.11 | 5,089.37 | 6,710.50 | 10,597.14 | 13,073.10 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|-------------|-------|-------|------|--------|-----|
| Cell Phone Allowance | 06/16/2019 - 06/29/2019 | 0.00 | 0.00 | 50.00 | 350.00 |
| Employee Life Ins Imputed Income | 06/16/2019 - 06/29/2019 | 0.00 | 0.00 | 20.10 | 268.92 |
| Floating Holiday - Salaried | | | | | 591.40 |
| Holiday - Salaried | | | | | 1,165.54 |
| Personal Day - Salaried | | | | | 591.40 |
| Regular - Salaried | 06/16/2019 - 06/29/2019 | (48.00) | 36.961913 | (1,774.17) | 28,188.48 |
| Short Term Disability Paid | 06/16/2019 - 06/29/2019 | 0.00 | 36.961913 | 887.09 | 887.09 |
| Sick Pay - Salaried | | | | | 2,956.96 |
| Vacation Pay - Salaried | | | | | 739.24 |
| Virgin Pulse Imputed Income | 06/16/2019 - 06/29/2019 | 0.00 | 0.00 | 40.00 | 300.00 |
| Employee Life Ins Imputed Income | 06/02/2019 - 06/10/2019 | 0.00 | 0.00 | 20.10 | |
| Employee Life Ins Imputed Income | 06/02/2019 - 06/15/2019 | 0.00 | 0.00 | (20.10) | |
| Regular - Salaried | 06/02/2019 - 06/10/2019 | 48.00 | 36.961913 | 1,774.17 | |
| Regular - Salaried | 06/02/2019 - 06/15/2019 | 24.00 | (36.961913) | (887.09) | |
| Regular - Salaried | 06/11/2019 - 06/15/2019 | 24.00 | 36.961913 | 887.09 | |
| | | | Total: | 997.19 | 36,039.03 |

### Employee Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI | 52.33 | 2,091.37 |
| Medicare | 12.24 | 489.11 |
| Federal Withholding | 7.10 | 2,903.02 |
| State Tax - ID | 2.00 | 1,227.00 |
| Total: | 73.67 | 6,710.50 |

### Pre Tax Deductions

**EXHIBIT A**



The Product Realization Company

| Description | Amount | YTD |
|---|---|---|
| 401K Pre Tax | 79.84 | 3,132.16 |
| Dental Pre Tax | 7.36 | 95.68 |
| Flexible Spending Health Care | 29.62 | 952.66 |
| Medical Pre Tax | 65.14 | 896.13 |
| Vision Pre Tax | 0.98 | 12.74 |
| Dental Pre Tax - 06/02/2019 - 06/10/2019 | 7.36 | |
| Dental Pre Tax - 06/02/2019 - 06/15/2019 | (7.36) | |
| Flexible Spending Health Care - 06/02/2019 - 06/10/2019 | 76.92 | |
| Flexible Spending Health Care - 06/02/2019 - 06/15/2019 | (76.92) | |
| Medical Pre Tax - 06/02/2019 - 06/10/2019 | 65.14 | |
| Medical Pre Tax - 06/02/2019 - 06/15/2019 | (65.14) | |
| Vision Pre Tax - 06/02/2019 - 06/10/2019 | 0.98 | |
| Vision Pre Tax - 06/02/2019 - 06/15/2019 | (0.98) | |
| Total: | 182.94 | 5,089.37 |

Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (401k Loan 1) | | 944.52 |
| 401k Loan (401k Loan 2) | | 615.93 |
| 401k Loan (401k Loan 3) | | 147.03 |
| Accident Insurance | | 63.58 |
| Supplemental Critical Illness | | 66.55 |
| Trustee Payment (18-00702 TLM) | | 5,297.98 |
| Trustee Payment (18 00702-TLM) | 692.31 | 3,461.55 |
| Accident Insurance - 06/02/2019 - 06/10/2019 | | |
| Accident Insurance - 06/02/2019 - 06/15/2019 | (5.78) | |
| Supplemental Critical Illness - 06/02/2019 - 06/10/2019 | | |
| Supplemental Critical Illness - 06/02/2019 - 06/15/2019 | (6.05) | |
| Total: | 680.48 | 10,597.14 |

Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K Employer | 35.49 | 1,404.87 |
| Basic AD&D 1.5x | 0.70 | 9.80 |
| Basic Life 1.5x | 2.68 | 37.52 |
| Dental Employer | 9.00 | 126.00 |
| Long Term Disability | 5.17 | 76.43 |
| Medical ER | 230.94 | 3,233.16 |
| Vision Employer | 3.90 | 54.60 |
| Dental Employer - 06/02/2019 - 06/10/2019 | 9.00 | |
| Dental Employer - 06/02/2019 - 06/15/2019 | (9.00) | |
| Long Term Disability - 06/02/2019 - 06/10/2019 | 5.17 | |
| Long Term Disability - 06/02/2019 - 06/15/2019 | (5.17) | |
| Medical ER - 06/02/2019 - 06/10/2019 | 230.94 | |
| Medical ER - 06/02/2019 - 06/15/2019 | (230.94) | |
| Vision Employer - 06/02/2019 - 06/10/2019 | 3.90 | |

Payslip: Korey Moeller: 06/29/2019 (Regular) - Complete

PLEXUS ®

*The Product Realization Company*

| Description | Amount | YTD |
|---|---|---|
| Vision Employer - 06/02/2019 - 06/15/2019 | (3.90) | |
| Total: | 287.88 | 4,942.38 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 844.09 | 33,731.82 |
| Medicare - Taxable Wages | 844.09 | 33,731.82 |
| Federal Withholding - Taxable Wages | 764.25 | 30,599.66 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 4 | 3 |
| Additional Withholding | 0 | 0 |

### Time Off

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0.00 | 0.00 | 0.00 |
| Funeral Leave | 0.00 | 0.00 | 0.00 |
| Jury Duty | 0.00 | 0.00 | 0.00 |
| Personal | 0.00 | 0.00 | 0.00 |
| PTO | 0.00 | 0.00 | 0.00 |
| Sick Pay | 0.00 | 0.00 | 0.00 |
| Unpaid Time | 0.00 | 0.00 | 0.00 |
| Vacation | 4.62 | 0.00 | 11.25 |

### Payment Information

| Bank | Account Name | Account Number | Pay Group Currency |
|---|---|---|---|
| Caped | Caped | ******8242 | USD |

Payslip: Korey Moeller - 07/18/2019 (Regular) - Complete

04:43 PM
07/19/2019
Page 1 of 2



**The Product Realization Company**

## Company Information

| Name | Address | Phone |
|------|---------|-------|
| Plexus Corp. | One Plexus Way<br>P.O. Box 156<br>Neenah, WI 54957-0156<br>United States of America | +1 920-969-6000 |

## Payslip Information

| Name | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|------|-------------|------------------|----------------|------------|--------------|
| Korey Moeller | | 06/30/2019 | 07/13/2019 | 07/18/2019 | |

## Current and YTD Totals

| Balance Period | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|----------------|-----------|--------------------|----------------|--------------------|---------|
| Current | 776.19 | 22.96 | 60.92 | 692.31 | 0.00 |
| YTD | 36,246.30 | 5,112.33 | 6,771.42 | 11,289.45 | 13,073.10 |

## Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|-------------|-------|-------|------|--------|-----|
| Cell Phone Allowance | | | | | 350.00 |
| Employee Life Ins Imputed Income | 06/30/2019 - 07/13/2019 | 0.00 | 0.00 | 20.10 | 289.02 |
| Floating Holiday - Salaried | | | | | 591.40 |
| Holiday - Salaried | 06/30/2019 - 07/13/2019 | 8.00 | 36.961913 | 295.69 | 1,461.23 |
| Personal Day - Salaried | | | | | 591.40 |
| Regular - Salaried | 06/30/2019 - 07/13/2019 | 13.00 | 36.961913 | 480.50 | 28,668.98 |
| Short Term Disability Paid | | | | | 887.09 |
| Sick Pay - Salaried | | | | | 2,956.96 |
| Vacation Pay - Salaried | | | | | 739.24 |
| Virgin Pulse Imputed Income | 06/30/2019 - 07/13/2019 | 0.00 | 0.00 | 0.00 | 300.00 |
| | | | Total: | 796.29 | 36,835.32 |

## Employee Taxes

| Description | Amount | YTD |
|-------------|--------|-----|
| OASDI | 49.37 | 2,140.74 |
| Medicare | 11.55 | 500.66 |
| Federal Withholding | | 2,903.02 |
| State Tax – ID | | 1,227.00 |
| Total: | 60.92 | 6,771.42 |

## Pre Tax Deductions

| Description | Amount | YTD |
|-------------|--------|-----|
| 401K Pre Tax | 22.96 | 3,155.12 |
| Dental Pre Tax | | 95.68 |
| Flexible Spending Health Care | | 952.66 |
| Medical Pre Tax | | 896.13 |
| Vision Pre Tax | | 12.74 |
| Total: | 22.96 | 5,112.33 |

## Post Tax Deductions



Payslip: Korey Moeller: 07/19/2019 (Regular) -
Complete

04:43 PM
07/19/2019
Page 2 of 2

| Description | Amount | YTD |
|---|---|---|
| 401k Loan (401k Loan 1) | | 944.52 |
| 401k Loan (401k Loan 2) | | 615.93 |
| 401k Loan (401k Loan 3) | | 147.03 |
| Accident Insurance | | 63.58 |
| Supplemental Critical Illness | | 66.55 |
| Trustee Payment (18-00702 TLM) | | 5,297.98 |
| Trustee Payment (18 00702-TLM) | 692.31 | 4,153.86 |
| Total: | 692.31 | 11,289.45 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| 401K Employer | 31.05 | 1,435.92 |
| Basic AD&D 1.5x | 0.70 | 10.50 |
| Basic Life 1.5x | 2.68 | 40.20 |
| Dental Employer | 9.00 | 135.00 |
| Long Term Disability | 5.17 | 81.60 |
| Medical ER | 230.94 | 3,464.10 |
| Vision Employer | 3.90 | 58.50 |
| Total: | 283.44 | 5,225.82 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 796.29 | 34,528.11 |
| Medicare - Taxable Wages | 796.29 | 34,528.11 |
| Federal Withholding - Taxable Wages | 773.33 | 31,372.99 |

### Withholding

| Description | Federal | Work State |
|---|---|---|
| Marital Status | Single | Single |
| Allowances | 4 | 3 |
| Additional Withholding | 0 | 0 |

### Time Off

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| Floating Holiday | 0.00 | 0.00 | 0.00 |
| Funeral Leave | 0.00 | 0.00 | 0.00 |
| Jury Duty | 0.00 | 0.00 | 0.00 |
| Personal | 0.00 | 0.00 | 0.00 |
| PTO | 0.00 | 0.00 | 0.00 |
| Sick Pay | 0.00 | 0.00 | 0.00 |
| Unpaid Time | 0.00 | 0.00 | 0.00 |
| Vacation | 4.62 | 0.00 | 15.87 |

### Payment Information

| Bank | Account Name | Account Number | Pay Group Currency |
|---|---|---|---|
| Caped | Caped | ******8242 | USD |