**Patrick J. Geile**
**Bar No. 6975**
**FOLEY FREEMAN, PLLC**
**953 S. Industry Way**
**P.O. Box 10**
**Meridian, ID 83680**
**Phone: (208) 888-9111**
**FAX: (208) 888-5130**
**pgeile@foleyfreeman.com**

**Attorney for Debtor**

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

| | |
|---|---|
| In re: | Case No. 18-00702-TLM |
| **KOREY JENI MOELLER,** | Chapter 13 |
| Debtor. | |

---

### Notice of Motion Directing Trustee to Turnover Property to Debtor and Opportunity to Object and for a Hearing

<u>No Objection</u>.  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen (14) days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is not opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection</u>.  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

<u>Hearing on Objection</u>.  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

COMES NOW, the Debtor, Korey Jeni Moeller, by and through her counsel of record,

Patrick J. Geile of Foley Freeman, PLLC, and hereby moves this Court for an Order requesting

**NOTICE OF MOTION DIRECTING TRUSTEE TO TURNOVER PROPERTY TO DEBTOR AND OPPORTUNITY TO OBJECT AND FOR A HEARING - 1**

the Trustee turnover the remaining insurance proceeds from the property damage to the Debtor's

vehicle.

1.    That on June 10, 2019 the Debtor was involved in an automobile accident in

which she was not at fault.

2.    The insurance company has tendered a check in the amount of $10,508.03. The

check was issued to Ms. McCallister on July 5, 2019.

3.    The $7,000.00 portion associated with the exempt funds have been forwarded to

my client.

4.    The Trustee is declining to turnover the balance of $3,508.03 without

justification.

5.    That the confirmed chapter 13 plan in this case vests the property in the Debtor

pursuant to 7.1 of the confirmed plan. There is no legal basis for the Trustee to retain the funds

she is currently holding.

6.    The Debtor respectfully request this Court order turnover of the remaining funds.


DATED this 9th day of August, 2019


FOLEY FREEMAN, PLLC


/s/ Patrick J. Geile
Patrick J. Geile
Attorneys for Debtor


**NOTICE OF MOTION DIRECTING TRUSTEE TO TURNOVER PROPERTY TO DEBTOR AND
OPPORTUNITY TO OBJECT AND FOR A HEARING - 2**

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 9th day of August, 2019, I caused to be served a true and correct copy of the foregoing document by the method indicated below, and addressed to the following:

Office of the U.S. Trustee       _X_    CM/ECF Notice
Washington Group Central Plaza
720 Park Blvd., Ste. 220
Boise, ID 83712

Kathleen A. McCallister       _X_    CM/ECF Notice
Chapter 13 Trustee
PO Box 1150
Meridian, ID 83680

Laura Burri       _X_    CM/ECF Notice
Morrow & Fischer, PLLC
332 N. Broadmore Way, Ste. 102
Nampa, ID  83687

Mark S. Middlemas       _X_    CM/ECF Notice
Brigham J. Lundberg       _X_    U.S. Mail
LUNDBERG & ASSOCIATES, PC
3269 South Main Street, Suite 100
Salt Lake City, UT 84115


           /s/ Patrick J. Geile
           Patrick J. Geile

**NOTICE OF MOTION DIRECTING TRUSTEE TO TURNOVER PROPERTY TO DEBTOR AND OPPORTUNITY TO OBJECT AND FOR A HEARING - 3**